UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **I. M. C.,** | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **JOEL D. GARCIA, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, PAMELA BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,** | § § § § § § § § § § § § § § § § § § § | No. 3:26-CV-00081-LS |
| *Respondents*, | § | |

<u>**ORDER DISMISSING CASE**</u>

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice. All pending motions are denied as moot.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 2, 2026.



---

[1] ECF No. 7.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**